**No. 40662.**—Protests 753614–G, etc., of F. W. Woolworth Co. (Baltimore).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (C. A. D. 20) and *Woolworth* v. *United States* (T. D. 47857) the paper weights and photo frames in question were held dutiable under paragraph 339 as claimed.